# UNITED STATES DISTRICT COURT

### for the

District of Maryland ☐

FILED _____ ENTERED
LODGED _____ RECEIVED

JAN 16 2026

BY _____ CLERK U.S. DISTRICT COURT
AT BALTIMORE
DISTRICT OF MARYLAND
DEPUTY

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| TIAGO ALEXANDRE SOUSA-MARTINS | ) | Case No.  1:26-mj-0072-CDA |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of    December 24, 2025    in the county of    Anne Arundel    in the
_____ District of    Maryland   , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 U.S.C. § 111 | Resisting, Opposing, Impeding, Intimidating, or Interfering Certain Officers or Employees |
| Title 18 U.S.C. § 1361 | Destruction of Government Property |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

*Sean P. O'Rourke*
*Complainant's signature*

FBI SA Sean O'Rourke
*Printed name and title*

Attested to by the applicant in accordance with
the requirements of Fed. R. Crim. P. 4.1 by telephone

Date:    01/15/2026

*Judge's signature*

City and state:    Baltimore, Maryland

Honorable Charles D. Austin, U.S. Magistrate Judge
*Printed name and title*