RIG: USAO#2026R00038

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| | *    **CASE NO.** CDA-26-45 |
| **v.** | * |
| | *    **(Resisting, Opposing, Impeding,** |
| **TIAGO ALEXANDRE** | *    **Intimidating, Interfering with Federal** |
| **SOUSA-MARTINS,** | *    **Officers, 18 U.S.C. § 111(a)(1);** |
| | *    **Destruction of Government Property,** |
| | *    **18 U.S.C. § 1361)** |
| **Defendant.** | * |
| | * |
| | * |
| | * |

USDC - BALTIMORE
'26 JAN 29 PM 3:14

**INFORMATION**

**COUNT ONE**
**(Resisting, Opposing, Impeding, Intimidating, Interfering with Federal Officers)**

The United States Attorney for the District of Maryland charges that:

On or about December 24, 2025, in the District of Maryland, the defendant,

**TIAGO ALEXANDRE SOUSA-MARTINS,**

did forcibly resist, oppose, impede, intimidate, and interfere with persons designated in 18 U.S.C.

§ 1114, to wit: federal officers who were members of the Department of Homeland Security, who

were engaged in, and on account of, the performance of their official duties.

18 U.S.C. § 111(a)(1)

**COUNT TWO**
**(Destruction of Government Property)**

The United States Attorney for the District of Maryland further charges that:

On or about December 24, 2025, in the District of Maryland, the defendant,

**TIAGO ALEXANDRE SOUSA-MARTINS,**

did willfully injure and commit a depredation against property of the United States, to wit: two motor vehicles belonging to the Department of Homeland Security.

18 U.S.C. § 1361

Date: January 29, 2026

For _____
Kelly O. Hayes
United States Attorney