AO 443 (Rev. 11/11) Warrant for the Arrest of a Witness or Material Witness in a Pending Criminal Case

USDC- BALTIMORE
'26 FEB 26 AM11:53

# UNITED STATES DISTRICT COURT

for the

District of Maryland

HD

Rcv'd by: AW

United States of America
v.
Tiago Alexandre Sousa Martins
*Defendant*

Case No. 26-CR-0045-CDA

## WARRANT FOR THE ARREST OF A WITNESS OR MATERIAL WITNESS IN A PENDING CRIMINAL CASE

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before this court *(name of person to be arrested)* Salomon Serrano-Esquivel, a person

☐ who has been served with a subpoena to appear in this case and has failed to do so.

☑ who is a material witness for which proceedings are necessary pursuant to 18 U.S.C. § 3144.

**YOU ARE FURTHER COMMANDED** to detain this witness until this court orders discharge from custody.

Date: ______________

*Issuing officer's signature*

City and state: Baltimore, Maryland

Honorable A. David Copperthite, U.S. Magistrate Judge
*Printed name and title*

## Return

This warrant was received on *(date)* 2/19/26, and the person was arrested on *(date)* 2/19/26 at *(city and state)* Baltimore, MD.

Date: 2/19/26

[signature]
*Arresting officer's signature*

DUSM Spade
*Printed name and title*

AO 443 (Rev. 11/11) Warrant for the Arrest of a Witness or Material Witness in A Pending Criminal Case (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

***(Not for Public Disclosure)***

Name of witness: Salomon Serrano-Esquivel

Known aliases:

Last known residence:

Prior addresses to which witness may still have ties:

Last known employment:

Last known telephone numbers:

Place of birth: El Salvador

Date of birth: 12/05/1995

Social Security number: A: 221 489 391

Height: Weight:

Sex: Male Race:

Hair: Eyes:

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:

Complete description of auto:

Investigative agency and address: